THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUBERT BROWN, Appellant.— Judgment of conviction unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MARGARET E. WHITE, as Executrix and Sole Legatee under the Last Will and Testament of JOSEPHINE COWLES, Deceased, Appellant, v. E. C. McKALLOR DRUG COMPANY, Respondent.— Motion granted, with ten dollars costs, and order of Broome county judge vacated and set aside. (Van Orden v. Van Orden, 27 App. Div. 136; Harris v. Harris, 76 id. 628; Matter of Truesdell v. Green, 175 id. 940.) Present — Hill; P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

# FOURTH DEPARTMENT, SEPTEMBER, 1933.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED SCHUMAKER, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Respondent.— Order affirmed. All concur.

In the Matter of the Application of the VILLAGE OF NEW YORK MILLS, NEW YORK, Petitioner, for a Certiorari Order against FRED B. DWYER and Others, Constituting the Town Board of the Town of Whitestown, New York, Respondents. — Determination of town board annulled on the law, without costs, and matter remitted to the town board with directions to allow the claim. All concur.

In the Matter of FRANCIS PRESTON, an Attorney and Counselor-at-Law.— Report of referee confirmed and proceeding dismissed. All concur.

In the Matter of the Petition of GUSTAVUS A. BURSCH.— Proceeding dismissed. On an examination of all the papers presented upon this proceeding and especially upon the petitioner's affidavits we have reached the conclusion that there is no showing made for disciplinary action. All concur.

OAK HILL COUNTRY CLUB, Respondent, v. TOWN OF PITTSFORD and Others, Appellants.*— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [140 Misc. 863.]

EVA R. HYMAN, Appellant, v. BERNARD N. HYMAN, Respondent.— Order modified by striking out certain allegations of the counterclaim and as so modified affirmed, without costs of this appeal to either party. All concur, except Thompson, J., who dissents in part and votes for granting the motion in its entirety, with leave to defendant to plead over; Edgcomb, J., not sitting. (See International R. Co. v. Jaggard, 204 App. Div. 67; Isaacs v. Washougal Clothing Co., Inc., 233 id. 568, 572, and Rules Civ. Prac. rule 280.)